DANIEL R. WIDDISON (11979)
Assistant Utah Attorney General
SEAN D. REYES (7969)
Utah Attorney General
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
Facsimile: (801) 366-0101
E-mail:  dwiddison@agutah.gov
*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KEMAL MAKASCI,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>UTAH VALLEY UNIVERSITY, UTAH STATE BOARD OF REGENTS<br><br>　　　　　　Defendant | **MOTION TO SEAL**<br><br>Case No. 2:19-cv-00425-CW<br><br>Judge Clark Waddoups |

　　　　Defendant, Utah Valley University, by and through counsel, Daniel R. Widdison, Assistant Attorney General, hereby moves pursuant to DUCiv-R 5.3, to seal the Complaint filed in this case, attached to the notice of removal, including exhibits, found at ECF 2-2 through 2-9. A redacted version of the same is filed contemporaneously herewith.  The basis for this motion is that Defendant's counsel inadvertently attached an unredacted copy of the complaint with its exhibits, that included student names, which are private under the Family Educational Rights and Privacy Act ("FERPA").

Dated this 20th day of June, 2019.

                                        SEAN D. REYES
                                      Utah Attorney General

                                      /s/ Daniel R. Widdison
                                      Daniel R. Widdison
                                      Assistant Utah Attorney General
                                      *Attorney for Defendant*